UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-62279-CIV-COHN/SELTZER

BILL TAYLOR,

    Plaintiff,

v.

HUANG LIN CORPORATION, a Florida corporation,
et al.,

    Defendants.
_____/

## ORDER DISMISSING CASE AGAINST DEFENDANTS NIAN ZHENG WONG AND YING G. WONG WITHOUT PREJUDICE

**THIS CAUSE** is before the Court *sua sponte*.

On February 10, 2012, this Court entered an Order to Show Cause directing Plaintiff to show cause no later than February 24, 2012 why service had not been perfected on Defendants Nian Zheng Wong and Ying G. Wong. See DE 15. The Order to Show Cause cautioned that failure to comply with the order would result in dismissal of the case against these defendants without prejudice. A review of the docket indicates that Plaintiff has failed to respond to the Order to Show Cause by the deadline of February 24, 2012.

Accordingly, it is **ORDERED AND ADJUDGED** that this action is hereby **DISMISSED WITHOUT PREJUDICE** against Defendants Nian Zheng Wong and Ying G. Wong.

It is further **ORDERED AND ADJUDGED** that the Clerk shall **CLOSE** this case.[1]

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 27th day of February, 2012.

JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF.

---

[1] The Court has not denied all pending motions as moot in order to rule upon Plaintiff's pending motions for a bill of costs and for attorney's fees based upon his obtaining a default judgment against a third defendant, Huang Lin Corporation.