UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-62279-CIV-COHN/SELTZER

BILL TAYLOR,

    Plaintiff,

v.

HUANG LIN CORPORATION, a Florida corporation,
NIAN ZHENG WONG, an individual, and
YING WONG, an individual,

    Defendants.
_____/

### FINAL JUDGMENT TAXING COSTS AND ATTORNEY'S FEES UPON DEFENDANT HUANG LIN CORPORATION

**THIS CAUSE** is before the Court upon the Court's Order Granting in Part Plaintiff's Motion for Bill of Costs and Granting Plaintiff's Verified Motion for Attorney's Fees [DE 18]. It is thereupon **ORDERED AND ADJUDGED** that Judgment for costs and attorney's fees is hereby entered in favor of the Plaintiff Bill Taylor and against the Defendant Huang Lin Corporation, and Plaintiff Bill Taylor shall recover $4975.35 in costs and attorney's fees, plus interest thereon at the rate of 0.18% per annum, for which let execution issue.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of March, 2012.

                                                    */s/ James I. Cohn*
                                                    JAMES I. COHN
                                                    United States District Judge

Copies to counsel of record via CM/ECF.